THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Cecil
 Mundy, Appellant.
 
 
 

Appeal From Aiken County
 J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No. 2009-UP-311
 Submitted May 1, 2009  Filed June 11,
2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; Solicitor Barbara R Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  John Cecil
 Mundy appeals his guilty plea and sentence to criminal sexual conduct with a
 minor, second-degree, arguing the plea judge abused her discretion by
 sentencing him to the maximum sentence because by pleading guilty, he allowed
 the victim the opportunity to avoid a trial.  After a thorough review of the record and counsel's brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.